IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOUNDATION ANCILLARY SERVICES, LLC, d/b/a Surgical Monitoring Services, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-1097 |
| BLUE CROSS BLUE SHIELD OF TEXAS, | § § § | |
| Defendant. | § | |

## ORDER

The plaintiff in this removed case filed a "Response to Notice of Removal." (Docket Entry No. 5). In the response, the plaintiff asserts that removal jurisdiction is lacking. The response appears to seek remand. The defendant must file any response no later than **June 25, 2010**.

SIGNED on June 7, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge