IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOUNDATION ANCILLARY SERVICES LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-1097 |
| BLUECROSS BLUESHIELD OF TEXAS, | § § § | |
| Defendant. | § | |

**ORDER**

The parties' joint motion to stay for 60 days is granted. The initial pretrial conference set for August 27, 2010, is canceled. It is reset to **October 29, 2010, at 9:00 a.m.** The parties' report under Rule 26(f) is due on October 22, 2010.

SIGNED on August 5, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge