IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOUNDATION ANCILLARY SERVICES LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-1097 |
| BLUECROSS BLUESHIELD OF TEXAS, | § § § | |
| Defendant. | § | |

## ORDER

The joint motion to stay is granted. The initial pretrial conference is reset for **January 14, 2011, at 2:00 p.m.** The joint discovery case management plan is due by January 4, 2011.

SIGNED on November 22, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge