IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FOUNDATION ANCILLARY SERVICES LLC, d/b/a SURGICAL MONITORING SERVICES, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-1097 |
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTHCARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, | § § § § § § | |
| Defendant. | § | |

## ORDER

Currently pending before this court is Blue Cross Blue Shield of Texas's motion for summary judgment. (Docket Entry No. 34). In light of ongoing settlement and contract negotiations, the parties jointly seek to extend the deadlines for the close of discovery and for pretrial motions. (Docket Entry No. 42). Accordingly, the discovery period will now close on **February 1, 2012**, and all pretrial motions must be filed by **February 29, 2012**. All other deadlines remain in effect.

The court looks forward to prompt notification of the status of the parties' settlement negotiations.

SIGNED on December 8, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge